

E-FILED
Wednesday, 19 July, 2006  04:31:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUL 1 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10060 |
| ) | |
| GAYLAND C. SANDERS, ) | VIO: Title 21, United States Code |
| ) | Section 841(a)(1) and (b)(1)(B) |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about June 30, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**GAYLAND C. SANDERS,**

did knowingly possess 5 grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A True Bill.

s/Foreperson
**Foreperson**

s/ U.S. Attorney
**RODGER A. HEATON
UNITED STATES ATTORNEY**
BWM:ms