**E-FILED**
Monday, 21 August, 2006 04:12:46 PM
Clerk, U.S. District Court, ILCD

AO 470 (8\85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) CASE NO. 06-10060<br>)<br>Gaylan Sanders )<br>Defendant ) |

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the defendant
IT IS ORDERED that a detention hearing is set for
     8/22/06    , 2006 at    1:30    a.m./**p.m.**
before the
**Honorable John A. Gorman,** United States Magistrate Judge
at
**Peoria,** Illinois

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

ENTERED this  21st  day of  August ,2006.

s/US Magistrate Judge
John A. Gorman
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion of there is serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure or intimidate a prospective witness or juror.