E-FILED
Thursday, 24 August, 2006  12:12:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 06-10060 |
| ) | |
| GAYLAND SANDERS, ) | |
| Defendant. ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES John P. Lonergan, Attorney at Law, and asks that this Honorable Court allow him to represent the Defendant as attorney of record in this matter, and in support of said Motion states as follows:

1. That the Defendant, GAYLAND SANDERS, has retained Attorney John P. Lonergan as his attorney in this matter.

2. That the Federal Public Defender's Office has previously been appointed.

3. That the Defendant, GAYLAND SANDERS is requesting that the substitution be allowed.

4. That it would be in the best interest of all parties that the Federal Public Defender be allowed to withdraw as counsel of record and attorney John P. Lonergan be allowed to represent the defendant in the above-captioned matter.

WHEREFORE, John P. Lonergan respectfully prays the Federal Public Defender's Office be allowed to withdraw from further representation of the Defendant, GAYLAND SANDERS in the above-captioned matter and attorney John P. Lonergan be allowed to represent the defendant in the above-captioned matter.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS   )
                           )  SS.
COUNTY OF PEORIA  )

         John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

                                                     <u>/s/ John P. Lonergan</u>
                                                     John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:   (309) 676-5489
Email: jplonergan@hotmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal No. 06-10060 |
| GAYLAND SANDERS, | ) ) ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the Defendant's Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant Gayland Sanders
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com