UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 06-10060 |
| | ) |
| GAYLAND C. SANDERS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

Now comes ROBERT A. ALVARADO and the Office of the Federal Public Defender for the Central District of Illinois and respectfully requests this Court to allow counsel to withdraw from representation of defendant in this cause. In support counsel states that attorney John Lonergan has given notice that he will represent Mr. Sanders in this cause.

WHEREFORE, counsel respectfully requests this Court to allow him to withdraw from representation of defendant upon entry of Mr. Lonergan's appearance as attorney of record.

GAYLAND C. SANDERS, Defendant

BY:   s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602 and Attorney John Lonergan, 411 Hamilton, Suite 1708, Peoria, IL 61602.

s/ Robert A. Alvarado

_____

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org