E-FILED
Monday, 16 October, 2006  08:10:30 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

U.S.A.    v. Gayland Sanders

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 06-10060

| | | | | | | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE Mihm | | | PLAINTIFF'S ATTORNEY B. Murphy | | DEFENDANT'S ATTORNEY J. Lonergan | |
| TRIAL DATE(S) 10/13/06 | | | COURT REPORTER K.H | | COURTROOM DEPUTY C.L. | |

**FILED**

OCT 13 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/13/06 | 10/13 | 10/13 | Warrant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.