**E-FILED**
Friday, 20 October, 2006  01:44:32 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  06-10060 |
| | ) | |
| GAYLAND C. SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTION

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Gayland C. Sanders, and his counsel, John P. Lonergan, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

| | | |
|---|---|---|
| Poss/Cont/Subst | 99 CF 897 | Peoria County |
| Poss/Cont/Subst | 04 CF 046 | Peoria County |

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/:  BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2006, I electronically filed plaintiff's **NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**John P. Lonergan**

and I hereby further certify that I have mailed, by United States Postal Service, plaintiff's **NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTION** to the following non CM/ECF participants:

**Non Applicable**

<u>**s/:  Margo Scamp**</u>
**Margo Scamp**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050