IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 06-10060 |
| | ) | |
| GAYLAND SANDERS, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES John P. Lonergan, Attorney at Law, and asks that this Honorable Court allow him to withdraw as Attorney of Record for the Defendant, GAYLAND SANDERS and in support of said Motion states as follows:

1. That John P. Lonergan is Attorney of Record for the Defendant, GAYLAND SANDERS, in District Case Number 06-10060.
2. Counsel has discovered a conflict of interest that exists between himself and potential witness in this case.
3. That it would be in the best interest of all parties that John P. Lonergan be allowed to withdraw from further representation of the Defendant, Gayland Sanders in the above-captioned matter.

WHEREFORE, John P. Lonergan respectfully prays that he be allowed to withdraw from further representation of the Defendant, GAYLAND SANDERS in the above-captioned matter.

   /s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF PEORIA    )

      John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion to Withdraw and that the allegations contained therein are true and correct.

                          /s/ John P. Lonergan
                          John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile: (309) 676-5489

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 06-10060 |
| | ) | |
| GAYLAND SANDERS, | ) | |
| Defendant. | ) | |

CERTIFCATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed a Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office.

    /s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant Gayland Sanders
411 Hamilton Blvd., Suite 17048
Peoria, Illinois 61602
Phone: (309) 673-3939
Fax: (309) 676-5489
E-mail: jplonergan@hotmail.com

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile: (309) 676-5489