IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| Plaintiff,         ) | |
| ) | |
| vs.                                                          ) | Docket No. 06-10060 |
| ) | |
| GAYLAND SANDERS,                           ) | |
| Defendant.         ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES John P. Lonergan, Attorney at Law, and asks that this Honorable Court allow him to represent the Defendant as attorney of record in this matter, and in support of said Motion states as follows:

1. That the Defendant, GAYLAND SANDERS, has retained Attorney John P. Lonergan as his attorney in this matter.

2. That the Federal Public Defender's Office has previously been appointed.

3. That the Defendant, GAYLAND SANDERS is requesting that the substitution be allowed.

4. That the Defendant does not have the financial means available to retain private Counsel and is requesting that the Court appoint Counsel pursuant to the Criminal Justice Act.

5. That Attorney Derek Asbury currently represents the Defendant as court-appointed Counsel in a related matter is State Court, and is a CJA panel attorney. Both Defendant and Attorney Asbury request that attorney Asbury be appointed to represent the Defendant pursuant to the Criminal Justice Act.

6. That it would be in the best interest of all parties that Attorney john P. Lonerganr be allowed to withdraw as counsel of record and attorney Derek Asbury or other appointed Counsel be appointed to represent the defendant in the above-captioned matter.

WHEREFORE, John P. Lonergan respectfully prays the Federal Public Defender's Office be allowed to withdraw from further representation of the Defendant,

GAYLAND SANDERS in the above-captioned matter and attorney John P. Lonergan be allowed to represent the defendant in the above-captioned matter.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF PEORIA    )

John P. Lonergan, being first and duly sworn, upon oath, deposes and states that he is attorney of record for the Defendant in the above-captioned matter; that he has read the above and foregoing Motion and that the allegations contained therein are true and correct.

/s/ John P. Lonergan
John P. Lonergan, Attorney for Defendant

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-3939
Facsimile:  (309) 676-5489
Email: jplonergan@hotmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-10060 |
| | ) | |
| GAYLAND SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2006, I electronically filed the Defendant's Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney's Office.

<u>/s/ John P. Lonergan</u>
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant Gayland Sanders
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com