United States District Court
Central District of Illinois
Peoria Division

United States of America, Plaintiff,
vs.
Gayland C. Sanders, Defendent.

No. 06-10060

E-FILED
Monday, 04 December, 2006 01:03:42 PM
Clerk, U.S. District Court, ILCD

FILED
DEC - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion To Withdraw

Now comes Gayland C. Sanders, (the Defendent) for myself requests that this Court to allow Attorney John Lonergan to withdraw from representing me in this cause:

1.) I hereby feel that Mr. Lonergan is not giving my case the attention it needs.

2.) That he's not implicating or presenting evidence or witnesses I have in my behalf of this case.

3.) That on November 27, 2006, Mr. Lonergan came to visit me at the Peoria County Jail and I ask him about a Detention hearing. He told me that you would most likely deny it because I should had the person where I was going to stay with at the first detention hearing. Your Honor Mr. Milm; I did had my Aunt Ilean Foster in the audience; when you ask, did we have another witness: I was telling him then that I got somebody else. At that time he stated that, "All" he's going to do is say the same thing. He don't let people go home on detention that much."

4.) That I had no idea that I had a warrant for Taxwell County. Just for an example, I called him early that day of the

court date and told him that my ride was called in early for work, that I didn't have no way to court. He told me to "don't worry about it. I'm going to get a continuous". I ask him was I'm going to have a warrant. He said "no", but I do. That's just to show you his work.

Wherefore, I: defendant respectfully requests this Court to allow him to withdraw from this case.
Thank You
Defendant, Gayland C. Sanders
*Gayland Sanders*