E-FILED
Thursday, 14 December, 2006 02:16:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 06-10060 |
| GAYLAND C. SANDERS, | ) |
| Defendant. | ) |

**MOTION TO REQUIRE NOTICE OF
INTENT TO USE "OTHER CRIMES" EVIDENCE**

Now comes the Defendant GAYLAND C. SANDERS by his attorney ROBERT A. ALVARADO and pursuant to Rule 12(d)(2), Fed.R.Crim.P., and Rule 404(b), Fed.R.Evid., moves this Court for the entry of an Order requiring the government to give notice to the defense of its intent to use at trial any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

1.    That notice of the government's intent to introduce Rule 404(b) evidence allows the defense the necessary time in which to prepare to contest the admissibility of such evidence, thus avoiding the delay attendant at trial in challenging the admissibility of such evidence, and the risk of prejudicial error occurring from the introduction of said evidence. *United States v. Foskey*, 636 F.2d 517, 526 (D.C.Cir. 1980).

2.    That notice of the government's intent to introduce "other crimes" evidence is specifically authorized under Rule 404(b), Fed.R.Evid., which states, in pertinent part:

> Evidence of other crimes, wrongs, or acts is not
> admissible to prove the character of a person

in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to use at trial.

WHEREFORE, Defendant requests the entry of an Order requiring the government to give notice to the defense of its intent to use at tria1 any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

GAYLAND C. SANDERS,  Defendant

RICHARD H. PARSONS
Federal Public Defender


BY:   s/ Robert A. Alvarado
ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

                                        s/ Robert A. Alvarado
                                        ROBERT A. ALVARADO
                                        Attorney for Defendant
                                        Federal Public Defender's Office
                                        401 Main St., Suite 1500
                                        Peoria, IL 61602
                                        Phone: (309) 671-7891
                                        Fax:: (309) 671-7898
                                        E-mail: robert_alvarado@fd.org