IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-10060 |
| GAYLAND SANDERS, | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Thomas A. Keith, Assistant United States Attorney, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby provides notice expert witness testimony. The following witnesses will testify to the inspections and examinations they conducted in this case and the opinions they reached.

1.  Loren Marion, III, an officer from the Peoria Police Department, will testify concerning the means and methods of crack distribution in the Peoria, Illinois area. He will testify that based on his education, training and experience (attached CV), the packaging of the drugs and drug weight of the crack cocaine are consistent with distribution amounts and purposes, but inconsistent with amounts held for personal use. He will identify the substance as crack cocaine.

2.  Aaron Roemer, a forensic chemist employed by the Morton Crime Lab, will testify concerning his chemical examination of drug exhibits submitted to him by the Peoria Police Department. He will testify that based on his examination and his education, training and experience (attached CV) Gov't Exhibit ____ contains 12.3 grams of cocaine (base). His opinions were reached after weighing the exhibit and conducting accepted scientific tests thereon.

3.  Scott Bowers, an officer from the Peoria Police Department, will testify concerning his development and identification of fingerprints. He will testify that based on his examination and his education, training and experience he was unable to develop any suitable latent fingerprints from government exhibits submitted to him.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: Thomas A. Keith**
THOMAS A. KEITH
Assistant United States Attorney
One Technology Plaza, 4th Floor
211 Fulton Street
Peoria, Illinois 61602
Telephone: 309/671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on **February 13, 2007**, I electronically filed the **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Robert Alvarado**

and I hereby further certify that I have mailed, by United States Postal Service, the **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** to the following non CM/ECF participants:

**Non Applicable**

s/: Kim Ritthaler
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

FEBRUARY 2007

TO WHOM IT MAY CONCERN,

THE FOLLOWING IS A BRIEF DESCRIPTION OF MY TRAINING AND BACKGROUND AS A POLICE OFFICER, PARTICULARLY IN THE AREA OF NARCOTICS ENFORCEMENT.

I WAS HIRED AS A POLICE OFFICER ON OCTOBER 3RD OF 1994 BY THE CITY OF PEORIA. ON OCTOBER 10TH, 1994 I WENT TO THE POLICE TRAINING INSTITUTE AT THE UNIVERSITY OF ILLINOIS CHAMPAIGN-URBANA. I SUCCESSFULLY COMPLETED THE 400-HOUR BASIC LAW ENFORCEMENT TRAINING COURSE. DURING THE 400-HOUR TRAINING COURSE, I RECEIVED A BLOCK OF INSTRUCTION IN DRUG IDENTFICATION AND PACKAGING.

IN APRIL OF 1995, AFTER SUCCESSFULLY COMPLETING THE FIELD TRAINING PROGRAM, I WAS ASSIGNED TO THE UNIFORMED PATROL DIVISION.

IN NOVEMBER OF 1996 I WAS TRANSFERRED FROM WITHIN THE PATROL DIVISION TO THE COMMUNITY AREA TARGET TEAM (C.A.T.T.). DURING MY TENURE IN THE C.A.T. TEAM, WE CONCENTRATED ON QUALITY OF LIFE ISSUES IN HIGH CRIME AREAS. QUALITY OF LIFE ISSUES INCLUDED BUT WAS NOT LIMITED TO, STREET LEVEL DRUG DEALING. WE CONDUCTED SEVERAL SURVEILLANCE OPERATIONS WHERE I WITNESSED HAND TO HAND DRUG BUYS. I ALSO MADE NUMEROUS DRUG ARRESTS AND SEIZED A QUANTITY OF DIFFERENT DRUGS WITH CRACK COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED. I BECAME FAMILIAR WITH THE SEVERAL WAYS CRACK COCAINE AND CANNABIS IS PACKAGED IN THE PEORIA AREA.

IN MAY OF 1997 I ATTENDED A 5-DAY CRIMINAL PATROL DRUG ENFORCEMENT COURSE INSTRUCTED BY THE INSTITUTE OF POLICE TECHNOLOGY AND MANAGEMENT, UNIVERSITY OF N. FLORIDA. I WAS TRAINED IN THE PACKAGING OF DRUGS, THE WAY DRUGS ARE TRANSPORTED, NEW TRENDS IN ALTERING VEHICLES FOR THE TRANSPORT OF DRUGS, AND INTERVIEW AND INTERROGATION TECHNIQUES OF DRUG COURIERS.

IN JANUARY OF 1999 THE C.A.T. TEAM WAS COMBINED WITH THE GANG UNIT. THE NEW UNIT WAS CALLED THE STREET CRIMES UNIT. THE FUNCTION OF THE STREET CRIMES UNIT WAS PRIMARILY THE SAME AS THE C.A.T. TEAM. I MADE SEVERAL MORE DRUG ARRESTS WITH CRACK COCAINE AND CANNABIS BEING THE MAIN DRUGS SEIZED.

PAGE 2 OF 2

IN JANUARY OF 2001 (TO PRESENT) I WAS TRANSFERRED FROM THE STREET CRIMES UNIT TO THE SPECIAL INVESTIGATIONS DIVISION, VICE/NARCOTICS UNIT (S.I.D.). MY DUTIES IN THIS DIVISION CONSISTS OF WORKING INFORMANTS, WORKING UNDERCOVER, PROCESSING CLANDESTINE LABORATORIES, AND PREPARING AND EXECUTING SEARCH WARRANTS FOR PROSECUTION.

SINCE BEING ASSIGNED TO S.I.D., I HAVE PREPARED OVER 115 NARCOTICS RELATED CASES, 62 OF WHICH WERE SEARCH WARRANTS. I ALSO ASSISTED IN THE INVESTIGATION, PLANNING, AND EXECUTION OF SEVERAL HUNDRED SEARCH WARRANTS PREPARED BY OTHER OFFICERS IN THE DIVISION. I HAVE BEEN INVOLVED IN SEVERAL MULTI-OUNCE UP TO MULTI-KILO SEIZURES. I HAVE CONDUCTED HUNDREDS OF HOURS OF SURVEILLANCE ON SUSPECTED DRUG HOUSES, DRUG DEALERS, AND OBSERVED STREET LEVEL UP TO LARGE LEVEL DEALERS CONDUCT THEIR BUSINESS.

MEMBERS OF THE S.I.D. ATTEND AN ANNUAL TRAINING CONFERENCE HOSTED BY THE ILLINOIS DRUG ENFORCEMENT OFFICERS ASSOCIATION. S.I.D. OFFICERS ALSO ATTEND WEEKLY MEETINGS PERTAINING TO NEW TRENDS IN NARCOTICS, DEALERS, AND LOCATIONS USED IN THE NARCOTICS BUSINESS, TO INCLUDE UPDATED MATERIAL REGARDING NEW TRENDS IN DRUG PACKAGING AND TRANSPORTING.

IN JUNE OF 2001 I ATTENDED A 5-DAY BASIC NARCOTICS INVESTIGATORS COURSE INSTRUCTED BY THE U.S. ARMY COUNTERDRUG UNIT HELD AT FT. LEONARD WOOD, MO. THE COURSE CONTENT COVERED BUT WAS NOT LIMITED TO, INVESTIGATIVE TECHNIQUES, DRUG IDENTIFICATION, DRUG PACKAGING, AND UNDERCOVER WORK.

IN FEBRUARY OF 2002 UNTIL JUNE OF 2002, I ASSISTED THE D.E.A. MOBILE ENFORCEMENT TEAM. DURING THAT TIME, I PARTICIPATED IN SEVERAL MULTI-OUNCE CRACK COCAINE BUYS UP TO MULTI-KILO COCAINE BUYS/FRONTS/SEIZURES. USE OF ELECTRONIC EAVESDROPPING WAS IMPLEMENTED ON ALMOST EVERY CASE.

IN MARCH OF 2006 I WAS ASSIGNED A COLLATERAL DUTY AS A D.E.A. TASK FORCE OFFICER. SINCE MY ASSIGNMENT, I HAVE BEEN INVOLVED IN SEVERAL INTERVIEWS/PROFFERS OF LARGE LEVEL DRUG DEALERS AND HAVE LEARNED FROM THEM HOW THEY CONDUCTED THEIR BUSINESS.

_____
OFFICER LOREN MARION III
BADGE #887

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Aaron R. Roemer |
| PRESENT EMPLOYER: | Illinois State Police<br>Forensic Sciences Command |
| BUSINESS ADDRESS: | Morton Forensic Science Laboratory<br>1810 South Main Street<br>Morton, Illinois 61550 |
| BUSINESS TELEPHONE: | 309-284-6500 |
| PRESENT POSITION: | Forensic Scientist II, Drug Chemistry |
| CURRENT DUTIES: | Responsible for the receipt, examination, and preservation of physical evidence, testifying in court as to results of cases, and other duties as applied to the analysis and identification of Cannabis and controlled substances. |
| EDUCATION: | Illinois State University, Normal, Illinois<br>Bachelor of Science - Biological Sciences, 2001 |
| TRAINING: | One year training course in the analysis and identification of Cannabis and other controlled substances, including theory, instrumental techniques and courtroom demeanor at the Southern Illinois Forensic Science Centre in Carbondale, Illinois. |
| ADDITIONAL TRAINING: | 2003-Illinois State Police GCMS Macros Seminar<br>2004-DEA Chemists' Symposium<br>2005-The Investigation and Prosecution of Methamphetamine cases in Illinois |
| PROFESSIONAL EXPERIENCE: | July 2003-present   Forensic Scientist<br>June 2002-July 2003 Forensic Scientist Trainee |

1/31/06