E-FILED
Tuesday, 13 February, 2007  10:21:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-10060 |
| GAYLAND SANDERS, | ) |
| Defendant. | ) |

**GOVERNMENT'S LIST OF EXHIBITS**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Thomas A. Keith, Assistant United States Attorney for the Central District of Illinois, and submits the following list of exhibits in the above-captioned case:

1. search warrant
2. arrest warrant
3. $94 U.S. Currency
4. $834 U.S. Currency
5. crack cocaine
6. marijuana

      7.    traffic citation

                                       UNITED STATES OF AMERICA

                                       RODGER A. HEATON
                                       UNITED STATES ATTORNEY


                                       s/: Thomas A. Keith
                                       **THOMAS A. KEITH**
                                       Assistant United States Attorney
                                       One Technology Plaza
                                       211 Fulton, Suite 400
                                       Peoria, Illinois 61602
                                       Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will end notification of such filing to the following: Robert Alvarado, Assistant Federal Public Defender

                                              s/: Kim Ritthaler
                                              Kim Ritthaler
                                              Legal Assistant