FILED 2-16-07
FEB 20 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 20 February, 2007 02:37 PM
Clerk, U.S. District Court, ILCD

TO: The Honorable Mihm

Hi Mr. Mihm, my name is Roland Sanders and I have a couple of issues & questions if it's alright for me to explain to you. These is concerning my rights, case, and counsel. Your Honor, I've been talking with my attorney Mr. Alvarado about my case and it's a issue here that I feel that I'm being told and mislead about. I ask Mr. Alvarado: do I got the right to face my accuser, cause I'm being accused of meeting with a informant & he supposed to seen drugs in the car with me (as what was said and admissible at the Motion to Suppress the Evidence hearing.) Mr. Alvarado told me that "the government don't have to use this informant as a witness." Now, I don't understand this, if this suppose to be the only person suppose to seen me in the car with the drugs, and I'm telling him I didn't meet nobody. Do I have the right to face my accuser? Will the Confrontation clause of the Sixth Amendment will be violated? I was told no!

Now as of today February 16th 2007, the government still (as of today) didn't turn over the Rule 16 Discovery, The Brady materials, or Motion to Require notice of Intent to use "other crimes" Evidence. My trial date is set for February 26, 2007 and I pray that we have time to go over the material. I also ask Mr. Alvarado to file a Limine Motion, which I thought he

probably would of done. Not being sarcastic or smart pants your Honor. Just something as An Attorney, I think should be A Motion to File!

My Honorable Mr. Mihm, I thank you and appreciate you taking out your time and reading my letter. Hope, I didn't inconvenience your time. Hope you take this letter in great concern that I'll have a fair trial. Thank You, Your Honor:

By: *Gayland Sanders*
Gaylaro Sanders