IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 06-10060 |
| GAYLAND SANDERS, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL LIST OF EXHIBITS**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and submits the following list of exhibits in the above-captioned case:

1. search warrant
2. arrest warrant
3. $94 U.S. Currency
4. $834 U.S. Currency
5. crack cocaine
6. marijuana

7. traffic citation

8. car rental records

                    UNITED STATES OF AMERICA

                    RODGER A. HEATON
                    UNITED STATES ATTORNEY

                    s/:  Bradley W. Murphy
                    **BRADLEY W. MURPHY**
                    Assistant United States Attorney
                    One Technology Plaza
                    211 Fulton, Suite 400
                    Peoria, Illinois 61602
                    Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will end notification of such filing to the following: Robert Alvarado, Assistant Federal Public Defender

        s/: Kim Ritthaler
        Kim Ritthaler
        Legal Assistant