E-FILED
Friday, 18 May, 2007  11:55:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GAYLAND SANDERS, )<br>)<br>Defendant. ) | Criminal No. 06-10060 |

## MOTION TO WITHDRAW GUILTY PLEA

NOW COMES Defendant, GAYLAND SANDERS, by and through his attorney, JEFFREY L. FLANAGAN, and respectfully moves this Honorable Court to allow him to withdraw his guilty plea, and in support thereof states as follows:

1. That on or about July 19, 2006, a Federal Grand Jury sitting in the Central District of Illinois returned an Indictment charging the Defendant with possession of five (5) grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

2. That on or about August 21, 2006, the Defendant entered a plea of Not Guilty to the charges against him.

3. That the Defendant filed a Motion to Suppress and a hearing was held on said motion on October 13, 2006.  The Court denied the Defendant's motion and the matter was scheduled for trial.

4. That the trial setting was continued on several occasions and the matter was eventually scheduled for trial on February 26, 2007.

5. That on Friday, September 23, 2006, the Defendant entered a plea of guilty in

open court to Count I of the Indictment and the matter was set for Sentencing on June 8, 2007.

6. That on March 26, 2007, the Defendant filed a pro se Motion to Withdraw his Guilty Plea.

7. That the Defendant's plea of guilty, which took place on February 23, 2006, was not made knowingly or voluntarily, for the following reasons:

    a. That during the time leading up to trial, trial counsel failed to adequately discuss possible defenses and trial strategy with the Defendant, despite the Defendant's repeated demands to proceed to trial.

    b. That during the time leading up to trial, trial counsel failed to adequately discuss the filing of pre-trial motions with the Defendant.

    c. That prior to trial, trial counsel failed to explore and file the necessary pre-trial motions to assist Mr. Sanders in his defense at trial.

    d. That during the time leading up to trial, trial counsel failed to adequately explore, investigate and follow up on potentially exculpatory evidence before recommending that the Defendant plead guilty.

    e. That during the time leading up to trial, trial counsel failed to adequately explore, investigate and follow up on necessary issues and motions with respect to certain government witnesses, including, but not limited to, confidential informants and cooperating witnesses.

    f. That Defendant realleges any and all allegations set forth in his pro se motion(s) to withdraw his plea.

    g. That due to the aforementioned deficiencies, at the time of his plea, the Defendant verily believed that he had no choice but to plead guilty and that trial counsel would

not adequately defend him in trial.

      h.  That due to the aforementioned deficiencies, and his discussions with trial counsel, the Defendant felt under duress and pressure to plead guilty rather than exercise his right to trial.

    8.    That the Defendant asserts actual innocence.

    9.    That the interests of justice would be served by allowing the Defendant to withdraw his plea of guilty.

    WHEREFORE, The Defendant respectfully moves this Honorable Court to allow him to withdraw his guilty plea.

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489
E-mail: jeffabogado@hotmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Petitioner
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489
E-mail: jeffabogado@hotmail.com