E-FILED
Wednesday, 23 May, 2007  11:19:26 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | Case No.06-10060 |
| -vs- | )<br>)<br>)<br>) | |
| GAYLAND SANDERS,<br>Defendant. | )<br>)<br>)<br>) | Honorable: michel ▓▓ MIHM<br>Presiding Judge. |

## AMENDANT MOTION TO WITHDRAW GUILTY PLEA

NOW COMES the defendant "GAYLAND SANDERS", who respectfully request that this Honorable Court allow the defendant to present this Amended Motion Pro-Se along with any other Amended Motion that may be filed by defense Counsel, in support thereof the defendant state's as follows.

1. On March 26, 2007, the defendant filed a timely Pro-Se Motion to withdraw the guilty plea, however said motion was filed without the assistant of a professional Attorney.

2. This Honorable Court should "in the interest of justice" allow an innocent man to withdraw said guilty plea, based on clear evidence of ineffective assistance of counsel, along with the cohersion and threats made by defense counsel to plead guilty. As previously stated the defendant strongly and reasonablely believed that his counsel was not going to present any type defense at trial, therefore under durress along with the cohersion the defendant pleaded guilty,"even though he knew he was ~~Innocent~~ in order to receive a three(3) point and a lessor sentence, and to keep from getting the longer sentence as threating by defense counsel.

Defense Counsel deficiet is also clear, wherein the defendant informed Counsel to file a motion to dismiss/Limine motion to advise this court that

-1-

"Tamara Coleman" who lived at 711 Bryan St in Peoria Il, was also arrested on the same date of the defendant arrest, Ms. Coleman was arrested on drugs (Marijuana) charges that was found in said resident, however due to a faulty arrest warrant, said charges was dismissed in the State court on the basic that the Government had alleged that Mr. Sanders lives at her address and kept drugs their as well, however after an investigation the allegation by the government was unfounded, the car which was driving by Ms Coleman at the time of the search warrant, that was on said property also was not proven to be rented to Ms. Coleman or Mr. Sanders. Clearly Defense counsel was ineffective for failing to file a motion to dismiss under these clear circumstances, the drugs inquestion can not be charged to the passenger, who do not owns said car, or have anything to do with said car, there's no evidence what so ever that would link or prove that the drugs belonged to the defendant.

4. Defense Counsel was also ineffective for failing to investigate a clear sign of Grand Jury Misconduct, and failed to file a motion to produce said informent (CI) who is the only witness with any knowledge of said drugs, who testified during Grand Jury proceedings, that he met with the defendant for two minutes at a location and seen a quanity of controlled substances in a console of the car inquestion. The defendant advised counsel that the informent (CI) was lying because the defendant never met said CI, or knew anything about any drugs, said CI, testified that he left and went to another location and called the police. Defense Counsel clearly was ineffective for failing to file such a motion, there's a reasonable possibility that said drugs could have been proven planted by the Government only star witness, because the evidence is also clear that the rental car was not rented to the defendant nor was he the driver.

5. Defense Counsel was also ineffective for failing to file the requested motion to exclude cooperating witnesses testimony and to request a reliability

-2-

hearing, Pursuant to Federal Rules of Evidence 104, 403, and 700. The

cooperation witness stated that he went to jail in 2003 and got released in

2004 and only seen the defendant standing somewhere. The witness also stated

that the defendant lived on Columbia Terrance in 2001, which was clearly a lie

because the defendant stayed on Mathews in 2001, with his mother. This testimony

clearly did not have any merrits concerning the case at hand, instead said

testimony would of been bias towards the defendant and misleading to the

jury.


WHEREFORE, the Defendant respectfully requests that this Honorable Grant

this motion and allow and innocent man to have his day in this Honorable Court.


Dated: *May 21, 2007* .

Respectfully Submitted,

_Gayland Sanders_
GAYLAND SANDERS


STATE OF ILLINOIS      )
                       ) ss
COUNTY OF PEORIA       )


    I Gayland Sanders, being first and duly sworn, upon oath, deposes and
states that I am the pro-se defendant who filed this motion in the above so-
captioned matter, that I have read the above and foregoing Motion and that the
allegations contained therein are true and correct to the best of my knowledge.


Dated: *May 21, 2007*

Respectfully Submitted,

_Gayland Sanders_
GAYLAND SANDERS


SUBSCRIBED AND SWORN TO BEFORE ME

THIS 21st DAY OF *May* 2007;

_____
    Notary Public

## CERTIFICATE OF SERVICE

I, Gayland Sanders, swears under the penality of perjury that every statement in this amendant motion to withdraw guilty plea is true and correct to the best of my ability. Please be advised that the Original was sent to John M. Waters, Clerk of the U.S District Court, ~~Central District~~ for filing. by giving said motion to the Peoria County Officer for mailing. A copy of such was also mailed to the United State's Attorney. On the date sign below.

Dated: 5-21-07

Respectfully Submitted;

_Gayland Sanders_
GAYLAND SANDERS