E-FILED
Wednesday, 06 June, 2007 01:09:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 06-10060 |
| ) | |
| GAYLAND SANDERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE**

NOW COMES the Defendant, GAYLAND SANDERS, by and through his attorney, JEFFREY L. FLANAGAN, and respectfully moves this Honorable Court to continue the hearing now set for June 7, 2007 and in support thereof states as follows:

1. That the Defendant has filed, pro se, a Motion to Dismiss Indictment for Lack of District Court's Jurisdiction (hereinafter, "Motion to Dismiss").

2. That counsel for the Defendant has received a copy of this motion and reviewed same.

3. That the above-referenced motion contains language requesting a stay of the current proceedings until further hearing on the Motion to Dismiss and Defendant has also requested that this Motion to Continue be filed in conjunction with that request.

4. That Defendant has further advised counsel that following his plea of guilty, an in camera discussion was held which addressed issues regarding the status of the attorney-client relationship.

5   That Defendant believes a transcript of that in camera discussion would be beneficial in the preparation for hearing on the Motion to Withrdaw.

6.   The Defendant submits that the interests of justice and judicial economy would be best served by continuing the hearing on the Motion to Withdraw Guilty Plea.

7.   That counsel has discussed this motion with Assistant U.S. Attorney Brad Murphy, and Mr. Murphy opposes a continuance of the hearing.

WHEREFORE, Defendant, by and through his attorney, JEFFREY L. FLANAGAN, respectfully requests a continuance of the evidentiary hearing.

GAYLAND SANDERS

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489
E-mail: jeffabogado@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489

E-mail: jeffabogado@hotmail.com