IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 06-10060 |
| GAYLAND C. SANDERS, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, GAYLAND C. SANDERS, appeals to the United State's Court of Appeals for the Seventh Circuit from the denial of his Motion to Dismiss on June 11, 2007, by the District Court, the Honorable Michael M. Mihm, presiding.

Respectfully Submitted,
GAYLAND C. SANDERS, Defendant

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489
E-mail: jeffabogado@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel of record.

s/ Jeffrey L. Flanagan

JEFFREY L. FLANAGAN
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, IL 61602
Phone: (309) 671-9701
Fax: (309) 676-5489
E-mail: jeffabogado@hotmail.com