E-FILED
Friday, 17 August, 2007 02:19:59 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                       Docket No.: 06-10060

Division: Peoria

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

Gayland C. Sanders                    v.      USA

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**
*(Use separate sheet for additional counsel)*

Name: Jeff Flanagan                              Name: Brad Murphy, AUSA

Firm: Suite 1708                                 Firm: One Technology Plaza

Address: 411 Hamilton Blvd.                      Address: 211 Fulton St.

Peoria, IL. 61602                                Peoria, IL. 61602

Phone: 309-671-9701                              Phone: 309-671-7050

---

Judge: Michael Mihm                              Nature of Suit Code:

Court Reporter: K. Hanna                         Date Filed in District Court: 7/19/06

                                                 Date of Judgment: 8/14/7

                                                 Date of Notice of Appeal: 8/17/7

Counsel:  __X_Appointed    ___Retained    ___Pro Se
Fee Status:    ___Paid    ___Due    _X__IFP    ___IFP Pending    ___U.S.    ___Waived
*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide US Marshal number (USM#): 13509-026_____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**