```
 1               IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3

     UNITED STATES OF AMERICA,        )
 4                                    )
                     Plaintiff,       ) Criminal No.
 5                                    ) 06-10060
          vs.                         ) Peoria, Illinois
 6                                    ) June 11, 2007
     GAYLAND SANDERS,                 )
 7                                    )
                     Defendant.       )
 8

 9
                       TRANSCRIPT OF PROCEEDINGS
10

11                            BEFORE:

12                  HONORABLE MICHAEL M. MIHM
                    United States District Judge
13

14                          APPEARANCES:

15                     BRADLEY MURPHY, ESQ.
                 Assistant United States Attorney
16                 200 Fulton Street, Suite 400
                       Peoria, Illinois  61602
17             (Appeared on Behalf of the Government)

18


19                    JEFFREY FLANAGAN, ESA.
                 411 Hamilton Boulevard, Suite 1708
20                     Peoria, Illinois  61602
              (Appeared on Behalf of the Defendant)
21


22


23                    Karen S. Hanna, C.S.R.
                   U.S. District Court Reporter
24                  Central District of Illinois
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer
```

```
 1              THE COURT:  This is the case of the United
 2   States of America vs. Gayland Sanders, criminal number
 3   06-10060.  The defendant is in court represented by his
 4   attorney, Jeffrey Flanagan.  The United States is
 5   represented by Brad Murphy.
 6              The matter is set today for a hearing on the
 7   motion to vacate the guilty plea.  The first order of
 8   business is the motion to dismiss that was filed last
 9   week.  I know the Government has since that time filed a
10   response.  I have read all the pleadings and my question
11   now is, Mr. Flanagan, do you have any additional arguments
12   to make beyond what was filed in writing?
13              MR. FLANAGAN:  Nothing beyond what was filed in
14   writing, Your Honor.
15              THE COURT:  Mr. Murphy?
16              MR. MURPHY:  No, Your Honor.
17              THE COURT:  Well, it's an interesting issue.  I
18   don't know what the genesis of the particular motion in
19   this case was.  The matter has been resolved, I believe,
20   in a controlling manner by previous cases.  I'm
21   specifically now looking at a case by the name of U.S. vs.
22   Campbell.  And the only thing I have is a Westlaw cite
23   because it wasn't a published case.  It's 2007 Westlaw
24   102-8785.  It's a Seventh Circuit case from the Western
25   District of Wisconsin and the judges on that panel were
```

1  Frank Easterbrook, who is the present chief judge, Joel
2  Flaum, who is the most recent chief judge, and Terrence
3  Evans.  And on the last page of that it says:  "Campbell
4  proposes to argue that 18 U.S.C. 3231, which gives
5  district judges jurisdiction to hear criminal
6  prosecutions, has no legal effect because the House and
7  Senate did not vote on it in the same session of Congress.
8  This belief is factually incorrect -- the House passed a
9  version of this legislation in the first session of the
10  80th Congress after which the Senate passed an amended
11  version in the second session and the House then voted to
12  pass the bill as amended in the Senate -- and illegally
13  irrelevant for two reasons.  One:  The enrolled bill rule
14  prevents looking behind laws in the way that Campbell
15  proposes."
16      Then it cites to a U.S. Supreme Court case,
17  Marshal Field & Company vs. Clark, 143 U.S. 649,
18  12 Supreme Court 395, 36 Lawyer's Edition 294.  That goes
19  all the way back to 1982.
20      It says:  "A session of Congress is not an
21  independent legislative unit.  The two chambers need not
22  adopt legislative language in the same session nor need
23  they use the same bill numbers.  It is enough that the two
24  chambers approve the same language in the same Congress."
25      So for the reasons stated in this case, although

1    it's not a published case, I think it's clearly the
2    position of the Seventh Circuit, which controls my
3    findings even if I disagreed with them, so it's my ruling
4    that the motion to dismiss is without merit and it is
5    denied.
6              MR. MURPHY:  Judge, would you make a formal
7    request on the record for the Seventh Circuit to publish
8    that opinion now?  I learned recently this is now on
9    appeal from two other courts in the circuit.  It would be
10   very helpful if that would be a published opinion.  I know
11   they will do it if you request it.
12             THE COURT:  All right.  I will look into that
13   and do that.  All right.  Are we ready to proceed then on
14   the motion to vacate?
15             MR. FLANAGAN:  Your Honor, after our last
16   meeting here, I was provided with a transcript that I was
17   not privy to earlier that I just learned about regarding
18   certain ex-parte communications between Mr. Alvarado, the
19   Court and Mr. Sanders.  Based on that as well as a review
20   of other things, I had further discussions with my client,
21   further discussions with the Government, as well as
22   discussions with the probation department, and based on
23   those discussions my client at this time is requesting
24   that he be allowed to withdraw his motion to withdraw his
25   guilty plea.

1                In doing so, based on my discussions with
2    Mr. Murphy, the Government has agreed that in light of the
3    fact they would not have to proceed to a hearing on that,
4    that at a sentencing they would not recommend a withdrawal
5    of his three points of acceptance of responsibility nor
6    would they recommend an additional two points for
7    obstructing justice.
8                THE COURT:  All right.  Mr. Sanders, so is it
9    correct that you have carefully discussed all of these
10   matters with your attorney?
11               MR. SANDERS:  Yes.
12               THE COURT:  And do you understand that we're
13   here today to hold this hearing, so we're ready to go if
14   that's what you want to do.  Do I understand correctly you
15   have now made a decision to withdraw your motion to
16   vacate?
17               MR. SANDERS:  Yeah.
18               THE COURT:  Is that correct?
19               MR. SANDERS:  Yeah.
20               THE COURT:  And that is your decision?
21               MR. SANDERS:  Yeah.
22               THE COURT:  Fair enough.  Then I will show the
23   matter as vacated and I will also note the understandings
24   that the defendant has entered into with the Government.
25   Those are not of course binding on the Court.  I still

| | |
|---|---|
| 1 | have the discretion to determine what sentence is |
| 2 | appropriate.  But I have no problem with those agreements. |
| 3 | We do in fact have a date already established for |
| 4 | sentencing.  I believe it's Thursday, August 9 at 2:30. |
| 5 | If I recall correctly, the motion to vacate happened soon |
| 6 | enough after the guilty plea.  Was the pre-sentence report |
| 7 | actually prepared? |
| 8 |      PROBATION OFFICER:  It is completed.  We'll send |
| 9 | it out in the next couple of days, Your Honor. |
| 10 |      THE COURT:  So that would certainly suggest that |
| 11 | we'll be ready to go on the date that we have scheduled. |
| 12 | All right.  Anything else? |
| 13 |      MR. MURPHY:  No. |
| 14 |      MR. FLANAGAN:  No, Your Honor. |
| 15 |      THE COURT:  Thank you very much. |
| 16 | |
| 17 | **\* \* \* HEARING CONCLUDED \* \* \*** |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**REPORTER'S CERTIFICATE**

I, Karen S. Hanna, certify that the foregoing transcript constitutes a true and accurate transcript of the original shorthand notes of the proceedings had at the time and place aforesaid before the HONORABLE MICHAEL M. MIHM, U.S. District Judge.

s/ Karen S. Hanna____
Karen S. Hanna, C.S.R.
License #084-001760