# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**CERTIFIED COPY**

E-FILED
Monday, 01 October, 2007 11:49:15 AM
Clerk, U.S. District Court, ILCD

## NOTICE OF ISSUANCE OF MANDATE

DATE: September 28, 2007

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Clerk of the Court

RE: 07-2942
USA v. Sanders, Gayland
06 CR 10060, Michael M. Mihm, Judge

Herewith is the mandate of this court in this **appeal**.
A certified copy of the opinion/order of the **court**
shall constitute the mandate.

There was no record filed with this court in **this** cause.

Copies of this notice sent to:        Counsel of record

[X]    United States Marshal

[X]    United States Probation Office

Please acknowledge receipt of these documents **on** the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  **Court** of Appeals for
the Seventh Circuit.

Date: _____           _____
(1202-052495)                                  Deputy Clerk, **U.S.** District Court

*RECEIVED OCT 1 - 2007 JOHN M. WATERS, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

*FILED OCT 1 - 2007 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**     DISMISSAL PER FRAP 42(b)

Date: September 28, 2007

By the Court:

No. 07-2942

UNITED STATES OF AMERICA,
    Plaintiff - Appellee

v.

GAYLAND C. SANDERS,
    Defendant - Appellant

RECEIVED OCT 1 - 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED OCT 1 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 06 CR 10060, Michael M. Mihm, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on September 27, 2007,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

(1025-110293)

A True Copy:
Teste:
    [signature] DEPUTY
Clerk of the United States
Court of Appeals for the
Seventh Circuit.