Dear Honorable Judge Michel M. Mihm,

My name is Graylano C Samoses and I am asking for an relief & representation in the matter pursuant to 18 U.S.C. 3582(c)(2) and U.S.S.G. §1B1.10(a) based on the new Amendment 706 handed down from the United States Sentencing Commission on November 1st, 2007. Dealing with lowering the Applical guidelines for crack cocaine cases. The Amendment went Retroactive December 11th 2007. I was sentence on August 9th 2007, to 10 years and 8 years supervision release. I understand that on March 3rd 2008 the 2 point deduction went in effect as of law now. Whatever it is that I need to do, your guidance & help will be greatly appreciated.

Thank You
[signature]

Docket # 06-CR-10060
Judge Michel M. Mihm
Date Sentence 8-9-07
Date Committed
Sentence Procedure
Sentence Imposed 10 years or 120 months
Term of Supervision 8 years
Date of offense 6-30-06

FILED
MAR 27 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS