E-FILED
Wednesday, 16 April, 2008 11:37:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>GAYLAND C. SANDERS,<br><br>    Defendant. | No. 06CR10060<br>Hon. Michael M. Mihm<br>United States District Judge,<br>Presiding |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for GAYLAND C. SANDERS, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1. Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2. Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced to the statutory mandatory minimum sentence. Specifically, the Defendant was convicted of possession of cocaine base (crack) with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B). On October 20, 2006, the government filed an 851 Notice of Enhancement increasing the Defendant's statutory mandatory minimum penalty from five to ten years' imprisonment. This Court sentenced the Defendant to the 10-year mandatory minimum penalty. Accordingly, this

Court cannot impose a sentence lower than originally imposed, regardless of the amendment to the crack cocaine guideline.

      3.      Because undersigned counsel has concluded that the Defendant is ineligible, counsel cannot file an amended petition on the Defendant's behalf, and requests that he be allowed to withdraw as counsel and that the Defendant be allowed to proceed in this matter *pro se*.

      WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

Respectfully Submitted,
GAYLAND C. SANDERS, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley

---

JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy**.**

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org